UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 99-cv-02122-PSF-CBS

CITY PARTNERSHIP CO., on behalf of itself and all others similarly situated
and derivatively on behalf of AMERICAN CABLE TV INVESTORS V, LTD.
a Colorado limited partnership,

    Plaintiffs,

v.

LEHMAN BROTHERS, INC.,

    Defendant.

and

AMERICAN CABLE TV INVESTORS V, LTD., a Colorado limited partnership,

    Nominal Defendant.

---

**ORDER GRANTING APPROVAL TO PAY OUT SETTLEMENT FUNDS
AS ATTORNEY FEES**

---

Having reviewed plaintiff's Final Status Report on Distribution of Settlement Funds, and Unopposed Motion for Approval to Pay Limited Attorneys Fees (Dkt. # 579), the Court hereby GRANTS its approval to pay the residual settlement funds, totaling $6,809, to Hill & Robbins, PC, as attorney fees.

    DATED: March 8, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge